**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.J., a minor, by and through her Next Friend, LORI DIXON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 4:13-CV-1514 CAS |
| v. | ) ) | |
| DONNELL W. TANKSLEY, et al., | ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This matter is before the Court on Deborah Lee Johnson's motion to intervene as a party plaintiff. Ms. Johnson states in her motion that she is the natural mother of the decedent, Robert Jason Johnson, and that she has an interest in the proceeds of this case. Ms. Johnson's motion is unopposed.

The Court has reviewed Ms. Johnson's motion, and it will deny the motion on procedural grounds. According to Rule 24 of the Federal Rules of Civil Procedure, "[a] motion to intervene must be served on the parties as provided in Rule 5. The motion must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c). Because the motion to intervene was not accompanied by Ms. Johnson's proposed intervenor complaint, the motion will be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Deborah Lee Johnson's motion to intervene as a party plaintiff is **DENIED** without prejudice. [Doc. 45]


**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this __12th__ day of May, 2014.