# TWO-WRITE DEPOS, LLC

Certified Court Reporters

7033 Shoal Creek Rd.
Bartelso, IL 62218
TOLL FREE: 1-800-380-4890
Fax 1-800-380-4890
contact@twowritedepos.com
www.twowritedepos.com


Plaintiffs' Exhibit 11

## Invoice

| Date | Invoice # |
|---|---|
| 8-22-14 | JEB-1347 |
| Terms | FEIN: |
| Net 30 | 27-1260941 |

**\*Please use invoice # when remitting\***

| Bill To |
|---|
| Mr. James Schottel, Jr. |
| Schottel & Associates, P.C. |
| 906 Olive St. |
| St. Louis, MO 63101 |

| Date | Service | Amount |
|---|---|---|
| 8-22-14 | Record of Nonappearance of Bryant Howard | 50.00 |
| In Re: | A.J. et al., and Deborah Lee Johnson vs. Donnell W. Tanksley, et al. | |
| | Subtotal: | $50.00 |
| | Shipping: | 4.50 |
| | Total: | $54.50 |

Thank you:
      Jennifer Budde, CCR 1161

**\*Finance Charge of $15 per month will be applied on past due invoices\***