# TWO-WRITE DEPOS, LLC

Certified Court Reporters
7033 Shoal Creek Rd.
Bartelso, IL 62218
TOLL FREE: 1-800-380-4890
Fax 1-800-380-4890
contact@twowritedepos.com
www.twowritedepos.com


Plaintiffs' Exhibit 12

## Invoice

| Date | Invoice # |
|---|---|
| 8-22-14 | JEB-1348 |
| Terms | FEIN: |
| Net 30 | 27-1260941 |

*Please use invoice # when remitting*

**Bill To**
Mr. James Schottel, Jr.
Schottel & Associates, P.C.
906 Olive St.
St. Louis, MO 63101

| Date | Service | Amount |
|---|---|---|
| 8-22-14 | Record of Nonappearance of Yolanda Diggs | 50.00 |
| In Re: | A.J. et al., and Deborah Lee Johnson vs. Donnell W. Tanksley, et al. | |
| | Subtotal: | $50.00 |
| | Shipping: | 0.00 |
| | Total: | $50.00 |

Thank you:
  Jennifer Budde, CCR 1161

*Finance Charge of $15 per month will be applied on past due invoices*