**Print**  |  **Close Window**

|         |                                                               |
|--------:|---------------------------------------------------------------|
| Subject:| Invoice for 8/22 No-Show Witnesses                            |
| From:   | Lou Stemmler <midwestlegalvideo@sbcglobal.net>                |
| Date:   | Sun, Aug 24, 2014 8:58 pm                                     |
| To:     | Jim Schottel <JWSJ@SchottelJustice.com>                       |
| Attach: | Invoice 08-22-14 Schottel.pdf                                 |

```
Plaintiffs' Exhibit 13
```

Greetings, Counsel;

Attached is our invoice for the August 22nd "attempted deposition videos" of witnesses Bryant Howard and Yolanda Diggs in *A.J., et al., . . . vs. D. W. Tanksley, et al.*, for which you scheduled our services on July 30 of this year.  I regret that the actual videotaping did not take place; I hope that these witnesses will be re-scheduled, in which case we will be pleased to work with you again.  In the meantime, the attached invoice helps to cover our costs and to mitigate the loss of other litigation video work that we turned down for that particular afternoon in order to attend your depositions.

As always, please don't hesitate to contact me with any questions.  We look forward to working with you again in the future.


Kind regards,

*Lou Stemmler*
**MIDWEST LEGAL VIDEO, LLC**
*Depositions * Location Video * Editing*
*An Affiliate Company of* **SILVER STREAK STUDIOS,** LLC
413 Hanley Industrial Ct., St. Louis, MO  63144
**(314) 645-1200**
*Fax: (314) 647-0064*

Copyright © 2003-2014. All rights reserved.



**MIDWEST LEGAL VIDEO SERVICES, LLC**

# Invoice

Schottel & Associates, P.C.
James W. Schottel, Jr., Esq.
906 Olive St. PH
St. Louis, MO 63101

413 Hanley Industrial Ct.
St. Louis, MO 63144
(314)645-1200
FEIN: 46-0912223

**Date** 8/22/14

CAUSE: **A.J.,** *et al.,* **. . .** *vs.* **D. W. Tanksley,** *et al.*
PROJECT: **Deposition Videotaping**
WITNESSES: **Bryant Howard & Yolanda Diggs**
INVOICE #: **140822**
TERMS: **30 Days**

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| VIDEOTAPING SERVICES | | | |
| WITNESS NO-SHOW *Videographer (John L.) on-site w/equipment* | | | |
| Videographer Appearance Fee | 1 | $ 125.00 | $ 125.00 |
| Parking cost: | 1 | $ 4.00 | $ 4.00 |
| | | Subtotal | $ 129.00 |
| | | Tax 8.73% | $ 0.00 |
| | | **Total** | **$ 129.00** |